UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STABILITY SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MEDACTA USA, INC., <br><br> Defendant. | Case No. 3:23-cv-00072 <br><br> Magistrate Judge Alistair E. Newbern |

## ORDER

Due to a conflict on the Court's calendar, the telephone conference set on January 5, 2024, at 1:30 p.m. is CANCELLED. The telephone conference is RESET for January 19, 2024, at 11:00 a.m.

Counsel shall call (888) 557-8511 and enter access code 7819165# to participate in the conference.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge