UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE DIVISION

| | |
|---|---|
| STABILITY SOLUTIONS, LLC, | Case No. 3:23-CV-0072 |
| Plaintiff(s), | Magistrate Judge Alistair E. Newbern |
| v. | **JURY DEMAND** |
| MEDACTA USA, INC. et al, | |
| Defendant(s). | |

**JOINT NOTICE OF THE STATUS OF MEDACTA USA, INC.'S EXECUTION OF THE SETTLEMENT AGREEMENT**

Pursuant to this Court's Order dated March 12, 2025, the Parties submit this Joint Notice of the Status of Medacta USA, Inc.'s Execution of the Settlement Agreement:

Both parties have executed the Settlement Agreement.

Plaintiff is to dismiss this matter with prejudice within five (5) days of payment, which is due within thirty (30) days after Stability's execution of the Settlement Agreement.

Dated: March 13, 2025                            Respectfully submitted,

                                                      */s/ Steven E. Mauer*
                                                      Steven E. Mauer (admitted *pro hac vice*)
                                                      Jamie L. Walker (admitted *pro hac vice*)
                                                      Mauer Law Firm, P.C.
                                                      1100 Main Street, Suite 2100
                                                      Kansas City, Missouri 64105
                                                      816-759-3300
                                                      semauer@mauerlawfirm.com
                                                      jlwalker@mauerlawfirm.com

                                                      and

Erin Palmer Polly (#22221)
Savannah G. Darnall (#038499)
K&L Gates, LLP
501 Commerce Street, Suite 1500
Nashville, TN 37203
615-780-6700
erin.polly@klgates.com
savannah.darnall@klgates.com

*Attorneys for Defendant Medacta USA, Inc.*

and

     /s/ Scott A. Berman
Scott A. Berman (CA State Bar No. 191460)
(*Admitted Pro Hac Vice)*
Natasha M. Galvez (CA State Bar No. 320784)
(*Admitted Pro Hac Vice)*
Berman North, LLP
2001 Van Ness Avenue, Suite 300
San Francisco, CA 94109
Phone: (415) 360-2885
scott@bermannorth.com
natasha@bermannorth.com

Cliff Wilson (TN State Bar No. 10683)
Tate, Wilson, Johnson, Meyer, & Cherry, PLLS
100 Westwood Place, Suite 120
Brentwood, Tennessee 37027
(615) 256-1125
cwilson@tatewilsonlaw.com

*Attorneys for Plaintiff Stability Solutions, LLC*