# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF TENNESSEE

### NASHVILLE DISTRICT

| | |
|---|---|
| STABILITY SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MEDACTA USA, INC., <br><br> Defendant. | Civil Action No. 3:23-cv-00072 <br> District Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair Newbern <br><br> **JURY DEMAND** |

## STIPULATION TO DISMISS THE ACTION WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff STABILITY SOLUTIONS, LLC, through its attorney of record, Scott A. Berman (admitted *pro hac vice*), Berman North LLP, and Defendant MEDACTA USA, INC., a Delaware corporation, through its counsel of record, Jamie L. Walker (admitted *pro hac vice*), Mauer Law Firm, P.C., the above-referenced action is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii) and pursuant to the Settlement Agreement and Release, dated March 12, 2025, entered into by the parties to this action.

Each party agrees to bear its own costs and expenses, including, without limitation, attorneys' fees.

//

//

//

**IT IS SO STIPULATED.**


Dated:  4-9-25                              BERMAN NORTH LLP


                              By:       *Scott A. Berman*
                                   Scott A. Berman (CA State Bar No.191460)
                                   (*Admitted Pro Hac Vice*)
                                   Natasha M. Galvez (CA State Bar No. 320784)
                                   (*Admitted Pro Hac Vice*)
                                   Berman North LLP
                                   2001 Van Ness Avenue, Suite 300
                                   San Francisco, CA 94109
                                   Phone: (415) 360-2885
                                   Email: scott@bermannorth.com;
                                   natasha@bermannorth.com

                                   Clifford Wilson (TN State Bar No.10683)
                                   Tate, Wilson, Johnson, Meyer & Cherry, PLLC
                                   100 Westwood Place, Suite 120
                                   Brentwood, TN 37027
                                   Phone: (615) 256-1125
                                   Email: cwilson@tatewilsonlaw.com

                                   *Attorneys for Plaintiff Stability Solutions, LLC*




Dated:  4- 9-25                             MAUER LAW FIRM, P.C.




                              By:       *Jamie L. Walker*
                                   Steven E. Mauer
                                   (*Admitted Pro Hac Vice*)
                                   Jamie L. Walker
                                   (*Admitted Pro Hac Vice*)
                                   Mauer Law Firm, P.C.
                                   1100 Main Street, Suite 2100
                                   Kansas City, Missouri 64105
                                   816-759-3300
                                   semauer@mauerlawfirm.com
                                   jlwalker@mauerlawfirm.com

                                   and

---

Erin Palmer Polly (#22221)
Savannah G. Darnall (#038499)
K&L Gates, LLP
501 Commerce Street, Suite 1500
Nashville, TN 37203
615-780-6700
erin.polly@klgates.com
savannah.darnall@klgates.com

*Attorneys for Defendant Medacta USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, a true and correct copy of the foregoing:

- **STIPULATION TO DISMISS THE ACTION WITH PREJUDICE**

was **served via the Court's CM/ECF system, if registered, on the person(s) noted below**.

If not registered for the CM/ECF system, a service copy was also served as noted below via

First Class U.S. Mail, postage prepaid, and/or via email on the person(s) below.

<table>
<tr>
<td>
Savannah G. Darnall<br>
Erin Palmer Polly<br>
K&L GATES LLP<br>
501 Commerce Street, Suite 1500<br>
Nashville, TN 37203<br>
Phone: (615) 780-6700<br>
Email: savannah.darnall@klgates.com;<br>
erin.polly@klgates.com<br>
<br>
*Attorneys for Defendant*
</td>
<td>
Steven E. Mauer<br>
Jamie L. Walker<br>
MAUER LAW FIRM, PC<br>
1100 Main Street, Suite 2100<br>
Kansas City, MO 64105<br>
Phone: (816) 759-3300<br>
Email: semauer@mauerlawfirm.com;<br>
jlwalker@mauerlawfirm.com;<br>
cc: edcrotty@mauerlawfirm.com;<br>
hslebeau@mauerlawfirm.com<br>
<br>
*Pro Hac Vice Attorney for Defendant*
</td>
</tr>
<tr>
<td>
Cliff Wilson<br>
TATE, WILSON, JOHNSON, MEYER<br>
& CHERRY, PLLC<br>
100 Westwood Place, Suite 120<br>
Brentwood, TN 37027<br>
Email: cwilson@tatewilsonlaw.com<br>
Phone: (615) 256-1125<br>
Fax: (615) 244-5467<br>
<br>
*Attorneys for Plaintiff*
</td>
<td></td>
</tr>
</table>

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 10, 2025 at Redwood City, California.

_____
Jennifer Baker

**STIPULATION TO DISMISS THE ACTION WITH PREJUDICE**          **Case No. 3:23-cv-00072**