UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STABILITY SOLUTIONS, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>MEDACTA USA, INC.,<br><br>　　Defendant. | Case No. 3:23-cv-00072<br><br>Magistrate Judge Alistair E. Newbern |

## ORDER

The parties have entered a joint stipulation to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 172.) The matter is therefore DISMISSED WITH PREJUDICE.

The Clerk's Office is DIRECTED to close the case file.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　ALISTAIR E. NEWBERN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge